77 F.3d 469
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Jesse R. LANCE, Plaintiff-Appellant,
v.
Wonderlyn BELL, Defendant--Appellee.
 No. 95-2362.
 United States Court of Appeals, Fourth Circuit.
 Submitted Feb. 7, 1996.
Decided Feb. 15, 1996.
 
 Jesse R. Lance, Appellant Pro Se.
 Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order dismissing without prejudice Appellant's attempt to directly appeal an order entered by the South Carolina Supreme Court. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lance v. Bell, No. CA-95-884-2-8BD (D.S.C. June 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 AFFIRMED